**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DENIS MITTAKARIN,<br><br>            Plaintiff,<br><br>      v.<br><br>INFOTRAN SYSTEMS, INC., *et al.*,<br><br>            Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 11-0017(EGS)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion issued this same day, it is hereby

**ORDERED** that plaintiff's motion to voluntarily dismiss all claims against defendants InfoTran Systems, Inc. and Tien H. Tran pursuant to Federal Rule of Civil Procedure 41(a)(2) is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's claims are **DISMISSED without prejudice**.  This is a final, appealable Order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**SIGNED:   Emmet G. Sullivan**
          **United States District Court Judge**
          **January 17, 2012**